50

(No. 73-CC-386—Claimant )

LUCIANO SUSINI, Claimant, *vs.* STATE OF ILLINOIS,
DEPARTMENT OF MENTAL HEALTH, Respondent.

*Opinion filed August 15, 1973.*

LUCIANO SUSINI, Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; SAUL R.
WEXLER, Assistant Attorney General, for Respondent.

PER CURIAM.

(No. 73-CC-397—Claimant )

LESLIE C. ELLIOTT, Claimant, *vs.* STATE OF ILLINOIS,
DEPARTMENT OF LOCAL GOVERNMENT AFFAIRS, Respondent.

*Opinion filed August 15, 1973.*

LESLIE C. ELLIOTT, Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; WILLIAM E.
WEBBER, Assistant Attorney General, for Respondent.

PERLIN, C. J.